# Ex. B

# Affidavit of Larry Moss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION AT SIOUX FALLS

NATIONAL MUSIC MUSEUM:
AMERICA'S SHRINE TO MUSIC,
    Plaintiff,

v.                                      Docket No. _____

ROBERT JOHNSON and
LARRY MOSS,
    Defendants.

## AFFIDAVIT OF LARRY MOSS

STATE OF TENNESSEE
COUNTY OF SHELBY

Comes now Larry Moss and submits the following statement under oath.

1.     My name is Larry Moss and I am an adult resident citizen of Shelby County, Tennessee.

2.     I am over 18 years of age and otherwise competent to give this Affidavit.

3.     I am a private collector and I am knowledgeable of the value of collectible items such as the Martin D-35 guitar that is the subject of this in rem lawsuit.

4.     The Martin D-35 guitar is reasonably valued well in excess of $75,000.

Further Affiant saith not.

_____
Larry Moss

SWORN TO AND SUBSCRIBED before me, a Notary Public for and in the State and County aforesaid, this the 18th day of July, 2014.

_____
Notary Public                      My Commission Expires: _____

MY COMMISSION EXPIRES
September 21, 2016